Order entered January 11, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-09-00182-CR

JOSE MANUEL MORALES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F07-59841-WX

# ORDER

Before the Court is The State of Texas's Motion for Immediate Issuance of Mandate. We

**GRANT** the motion. *See* TEX. R. APP. P. 18.1(c). We **DIRECT** the clerk of the court to

immediately issue the mandate in this case.

ROBERT M. FILLMORE
JUSTICE